```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 30760
   JUNE F HUIZENGA
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-6202


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/18/04 and confirmed on 10/14/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  14800.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 5486.00 | 744.07 | 5486.00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2680.06 | .00 | 268.01 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| KLINES DEPT STORE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17444.61 | .00 | 1744.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3871.54 | .00 | 387.15 |
| NICOR GAS | UNSECURED | 274.49 | .00 | 27.45 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2880.03 | .00 | 288.00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 753.28 | .00 | 75.33 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 1723.24 | .00 | 1723.24 |
| FORD MOTOR CREDIT CO | UNSECURED | 72.80 | .00 | 7.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8329.29 | .00 | 832.93 |
| KITCHEN SALES INC | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 7209.24 | .00 | 36306.10 | .00 | 43515.34 |
| PRINCIPAL PAID | 7209.24 | .00 | 3630.61 | .00 | 10839.85 |
| INTEREST PAID | 744.07 | .00 | .00 | .00 | 744.07 |

```
TOTAL PAID                  7953.31           .00       3630.61            .00      11583.92
```
The Debtor's attorney, GREENBERG & ASSOC                  , was allowed $   2700.00
and was paid $     166.00   direct and $    2534.00   through the plan.

The Trustee received $     610.30 .

Refunds to the Debtor totaled $      71.78 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/14/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE